**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Nicholas Ramirez

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-MJ-00102 GGH |
| Plaintiff, | APPLICATION AND ORDER FOR TRANSPORTATION |
| vs. | PURSUANT TO U.S.C § 4285 |
| NICHOLAS RAMIREZ, | Magistrate Judge Gregory G. Hollows |
| Defendant | |

Defendant, Nicholas Ramirez, through undersigned counsel, hereby requests an order for transportation pursuant to 18 U.S.C. § 4285. Mr. Ramirez is financially unable to provide the necessary transportation from his place of residence in Sacramento, California, to Oklahoma City, Oklahoma, for his arraignment in 5:12-cr-0090-R-22, on May 3, 2012, at 3:00 p.m., in Courtroom 103, before Magistrate Judge Bana Roberts.  This Court released Mr. Ramirez on an unsecured bond on April 19, 2012, subject to pretrial services supervision and his future appearance in the Western District of Oklahoma.

-1-

1  Accordingly, the defendant Nicholas Ramirez, requests the
2 court to direct the United States Marshal to furnish the
3 defendant with transportation between Sacramento, California and
4 Oklahoma City, Oklahoma.
5 DATED: April 27, 2012          Respectfully submitted,

                                /s/Michael B. Bigelow
                                MICHAEL B. BIGELOW
                                Attorney for Defendant
                                Nicholas Ramirez

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-MJ-00102 GGH |
| ) | |
| Plaintiff, ) | ORDER FOR TRANSPORTATION |
| ) | PURSUANT TO U.S.C § 4285 |
| vs. ) | |
| ) | Magistrate Judge Gregory G. |
| NICHOLAS RAMIREZ, ) | Hollows |
| ) | |
| Defendant ) | |

**TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA**

GOOD CAUSE APPEARING, it has been determined that defendant, Nicholas Ramirez is financially unable to provide the necessary transportation from his place of residence in Sacramento, California, to Oklahoma City, Oklahoma.

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. §4285, the United States Marshals Service for the Eastern District of California shall make travel arrangements, or furnish transportation expenses, to the above-named defendant for his arraignment hearing on Thursday, May 3, 2012, at 3:00 p.m.  Mr. Ramirez is financially unable to be in Oklahoma City on this date without transportation expenses.

**Date:  4/30/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE